IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LOYD FRANK LAWING, JR., )<br>)<br>    Petitioner,    )<br>)<br>    v.    )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Respondent.    ) | <br><br><br><br>CIVIL ACTION NO.<br>3:11cv103-MHT<br>(WO) |

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner filed this habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied as time-barred. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of November, 2012.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE