IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

LOYD FRANK LAWING, JR.,        )
                               )
    Petitioner,               )
                               )
                               )   CIVIL ACTION NO.
    v.                        )      3:11cv103-MHT
                               )         (WO)
UNITED STATES OF AMERICA,      )
                               )
    Respondent.               )

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

    (1) The United States Magistrate Judge's recommendation (Doc. No. 11) is adopted.

    (2) The petition for writ of habeas corpus (Doc. No. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 28th day of November, 2012.**

                                                      /s/ Myron H. Thompson  
                                            **UNITED STATES DISTRICT JUDGE**